HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

HPS/as

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRENNA J. CHRISTOFFERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,[1]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 8:24-cv-01326-WDK-DFM<br><br>[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, IT IS ORDERED that fees in the amount of FIVE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

THOUSAND NINE HUNDRED TWENTY-SIX DOLLARS AND FOURTEEN CENTS ($5,926.14), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the stipulation. Defendant shall also reimburse Plaintiff $405.00 in costs for the filing fee to commence this action. Fees shall be made payable to Harvey P. Sackett ("Counsel"), in the event that Plaintiff does not owe a federal debt.

Dated: August 27, 2025

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755